United States Court of Appeals

FOR THE EIGHTH CIRCUIT

_____

No. 96-3613

_____

Steven G. Smith,                                *
                                                *
        Plaintiff/Appellee,                     *
                                                *   Appeal from the United States
v.                                              *   District Court for the Eastern
                                                *   District of Arkansas.
Matthew S. Stedelin,                            *
                                                *   [UNPUBLISHED]
        Defendant,                              *
                                                *
Hogan Motor Leasing, Inc.,                      *
                                                *
        Defendant/Appellant.                    *

_____

Submitted:  May 23, 1997
    Filed:   June 6, 1997

_____

Before MURPHY, HEANEY, and MAGILL, Circuit Judges.

_____

PER CURIAM.

        Steven Smith won a judgment against Hogan Motor Leasing, Inc. for damages arising from an traffic accident.  During deliberations, the jury sent two questions to the district court.[1]  After conferring with counsel, the  court responded with a supplemental

_____

        [1]The Honorable George Howard, Jr., United States District Judge for the Eastern District of Arkansas.

jury instruction. Hogan's appeal is based on a challenge to that instruction. We have reviewed the evidence and the jury instructions and conclude that the district court acted within its discretion in giving the supplemental instruction. The judgment is affirmed.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.